In re MARRIAGE OF Joy Elaine SHERMAN, Respondent,

and

Jack Evan Sherman, Appellant.

No. WD 42161.

Missouri Court of Appeals, Western District.

March 13, 1990.

▮▮▮▮

Allen S. Russell, Rea and Russell, Kansas City, for appellant.

Bernard Passer, Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from a dissolution of marriage.

Judgment affirmed. Rule 84.16(b).